IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERALD COPE, #140414, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:18-CV-831-ECM |
| NURSE FREDDRICK, et al., | ) |
| Defendants. | ) |

## **ORDER**

On October 25, 2018, the Magistrate Judge entered a Recommendation (Doc. #8) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED thattThe Recommendation of the Magistrate Judge is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court with respect to the filing of an amended complaint.

A separate Final Judgment will be entered.

DONE this 13th day of December, 2018.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE